ERIC A. GROVER (136080)
VALERIE SHARPE (Of Counsel) (191344)
JADE BUTMAN (235920)
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, California 94107
Phone: (415) 543-1305
Facsimile: (415) 543-7861

Mark R. Thierman, Esq. (72913)
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, NV 89511
Phone: (775) 284-1500

Scott A. Miller, Esq. (230322)
LAW OFFICE OF SCOTT A. MILLER
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Phone: (818) 788-8081

Steve Miller, Esq. (106023)
LAW OFFICE OF STEVE MILLER
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Phone: (818) 986-8900

Attorneys for Plaintiff
Deborah Fleming

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH FLEMING, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br>v.<br><br>DOLLAR TREE STORES, INC. and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. C 06-03409 MJJ<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER TO MOVE HEARING DATE**<br><br>Granted |

STIPULATION AND ORDER RE HEARING DATE
Case No. C 06-03409 MJJ

On June 2, 2006, Defendant Dollar Tree Stores, Inc. filed its motion to strike and motion to dismiss portions of Plaintiff Deborah Fleming complaint. On it's own order, the Court continued the original hearing date of July 18, 2006 to August 15, 2006. Counsel for Plaintiff who will be arguing the motion, Eric A. Grover, will be in New York between August 11-20, 2006 on a long-planned vacation. The parties thereby agree and stipulate to continue the hearing on Defendant's motions to ~~August 29, 2006~~ September 12, 2006 at 9:30 a.m.

Dated: June 28, 2006

KELLER GROVER LLP

By:
ERIC A. GROVER
Attorneys for Plaintiff
Deborah Fleming

Dated: June 28, 2006

KAUFF McCLAIN & McGUIRE LLP

By:
ALEX HERNAEZ
Attorneys for Defendant
Dollar Tree Stores, Inc.

GOOD CAUSE APPEARING THEREFORE, the Court hereby continues the hearing on Defendant's motion to strike and motion to dismiss from August 15, 2006 to August 29, 2006 at 9:30 a.m. Pursuant to the Court's Standing Order, the rescheduling of the hearing date does not change the date on which an opposition or reply is due.

Date: June 29, 2006

IT IS SO ORDERED.

_____

STIPULATION AND ORDER RE HEARING DATE
Case No. C 06-03409 MJJ

3

On June 2, 2006, Defendant Dollar Tree Stores, Inc. filed its motion to strike and motion to dismiss portions of Plaintiff Deborah Fleming complaint. On it's own order, the Court continued the original hearing date of July 18, 2006 to August 15, 2006. Counsel for Plaintiff who will be arguing the motion, Eric A. Grover, will be in New York between August 11-20, 2006 on a long-planned vacation. The parties thereby agree and stipulate to continue the hearing on Defendant's motions to August 29, 2006 at 9:30 a.m.

Dated: June 28, 2006        KELLER GROVER LLP

By: *EAGrover*
ERIC A. GROVER
Attorneys for Plaintiff
Deborah Fleming

Dated: June 28, 2006        KAUFF McCLAIN & McGUIRE LLP

By:_____
ALEX HERNAEZ
Attorneys for Defendant
Dollar Tree Stores, Inc.

GOOD CAUSE APPEARING THEREFORE, the Court hereby continues the hearing on Defendant's motion to strike and motion to dismiss from August 15, 2006 to August 29, 2006 at 9:30 a.m. Pursuant to the Court's Standing Order, the rescheduling of the hearing date does not change the date on which an opposition or reply is due.

Date: June ____, 2006        IT IS SO ORDERED.

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE