1  ERIC A. GROVER (136080)
   VALERIE SHARPE (Of Counsel) (191344)
2  JADE BUTMAN (235920)
   KELLER GROVER LLP
3  425 Second Street, Suite 500
   San Francisco, California 94107
4  Phone: (415) 543-1305
   Facsimile: (415) 543-7861
5
   Mark R. Thierman, Esq. (72913)
6  THIERMAN LAW FIRM
   7287 Lakeside Drive
7  Reno, NV 89511
   Phone: (775) 284-1500
8
   Scott A. Miller, Esq. (230322)
9  LAW OFFICE OF SCOTT A. MILLER
   16133 Ventura Blvd., Suite 1200
10 Encino, CA 91436
   Phone: (818) 788-8081
11
   Steven L. Miller, Esq. (106023)
12 STEVEN L. MILLER, A Professional Law Corporation
   16133 Ventura Blvd., Suite 1200
13 Encino, CA 91436
   Phone: (818) 986-8900
14
   Attorneys for Plaintiff
15 Deborah Fleming

16

17                     **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19                        **SAN FRANCISCO DIVISION**

20 DEBORAH FLEMING, on behalf of herself,  ) Case No. C 06-03409 MJJ
   the general public, and as an "aggrieved )
21 employee" under the California Labor Code ) CLASS ACTION
   Private Attorneys General Act,           )
22                                          )
            Plaintiff,                      ) **STIPULATION AND [PROPOSED]**
23      v.                                  ) **ORDER TO CONTINUE CASE**
                                            ) **MANAGEMENT CONFERENCE**
24 DOLLAR TREE STORES, INC. and DOES        )
   1 through 50 inclusive,                  )
25                                          )
            Defendants.                     )
26 _____ )

27

28

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C 06-03409 MJJ

| | |
|---|---|
| 1 | The parties herein are scheduled to participate in a mediation on January 16, 2007. |
| 2 | If the mediation is successful, the Case Management Conference currently scheduled in this matter |
| 3 | will not go forward. Because the parties do not wish to waste the Court's time by filing a CMC |
| 4 | statement which may be unnecessary, the parties hereby agree and stipulate to continue the Case |
| 5 | Management Conference through and until February 6, 2007 at 2:00 p.m. |

Dated: January 9, 2007          KELLER GROVER LLP

By: /s/ E A Grover
ERIC A. GROVER
Attorneys for Plaintiff
Deborah Fleming

Dated: January 9, 2007          KAUFF McCLAIN & McGUIRE LLP

By: /s/
ALEX HERNAEZ
Attorneys for Defendant
Dollar Tree Stores, Inc.

GOOD CAUSE APPEARING THEREFORE, the Court hereby continues the Case Management Conference from January 23, 2007 to February 6, 2007 at 2:00 p.m.

Date: January 09, 2007          IT IS SO ORDERED.

/s/ Martin J. Jenkins
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C 06-03409 MJJ                                                          2