1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone:   (415) 421-3111
5  Facsimile:   (415) 421-0938

6  BETH HIRSCH BERMAN (VA Bar No. 28091)
   Email: bberman@williamsmullen.com
7  WILLIAMS MULLEN
   Dominion Tower, Suite 1700
8  999 Waterside Drive
   Norfolk, Virginia 23510
9  Telephone:   (757) 629-0604
   Facsimile:   (757) 629-0660
10
   Attorneys for Defendant
11 DOLLAR TREE STORES, INC.

12 ERIC A. GROVER (State Bar No.136080)
   Email: eagrover@kellergrover.com
13 KELLER GROVER LLP
   425 Second Street, Suite 500
14 San Francisco, California 94107
15 Telephone:   (415) 543-1305
   Facsimile:   (415) 543-7681
16
   Attorneys for Plaintiff
17 DEBORA FLEMING

18                 UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| DEBORAH FLEMING, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC. and DOES 1 through 50 inclusive,<br><br>Defendant. | CASE NO. C 06-03409 MJJ<br><br>**JOINT STATUS CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>**DATE:** March 13, 2007<br>**TIME:** 2:00 p.m.<br>**DEPT:** Courtroom 11<br>**JUDGE:** Hon. Martin J. Jenkins<br><br>**COMPLAINT FILED:** March 30, 2006<br>**TRIAL DATE:** No date set. |

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT STATUS CONFERENCE STATEMENT AND [PROPOSED] ORDER                                            CASE NO. C 06-03409 MJJ

The parties to the above-entitled action jointly submit the following Status Conference Statement:

The parties have reached a tentative settlement of the action. The parties are in the process of drafting all of the pleadings and other documents required to present the settlement to the Court for preliminary approval.

The parties would request that the Court vacate the March 13, 2007 status conference and allow the parties to use the already reserved motion date of April 24, 2007 to have the motion for preliminary approval heard. (The Court currently has April 24, 2007 reserved to hear Plaintiff's motion for class certification.) The parties would further propose to jointly file all of the required pleadings and other documents in support of the motion for preliminary approval by no later than April 10, 2007.

DATED: March 5, 2007                KELLER GROVER LLP


                                    By: _____/S_____
                                            ERIC A. GROVER

                                    Attorneys for Plaintiff
                                    DEBORAH FLEMING


DATED: March 5, 2007                KAUFF McCLAIN & McGUIRE LLP


                                    By: _____/S_____
                                          MAUREEN E. MCCLAIN

                                    Attorneys for Defendant
                                    DOLLAR TREE STORES, INC.

-1-

JOINT STATUS CONFERENCE STATEMENT AND [PROPOSED] ORDER         CASE NO. C 06-03409 MJJ

1  GOOD CAUSE APPEARING THEREFORE, the Court hereby vacates the March
2  13, 2007 status conference and sets the parties' motion for preliminary approval for hearing on
3  April 24, 2007 at 2:00 p.m. [~~9:30 a.m.~~] All papers in support of the motion shall be filed by the parties by no
4  later than April 10, 2007.

Date:  March ___, 2007
       MAR 0 7 2007

IT IS SO ORDERED.

HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-

JOINT STATUS CONFERENCE STATEMENT AND [PROPOSED] ORDER        CASE NO. C 06-03409 MJJ