1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  **KAUFF McCLAIN & McGUIRE LLP**
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone:  (415) 421-3111
5  Facsimile:   (415) 421-0938

6  BETH HIRSCH BERMAN (VA Bar No. 28091)
   Email: bberman@williamsmullen.com
7  **WILLIAMS MULLEN**
   Dominion Tower, Suite 1700
8  999 Waterside Drive
   Norfolk, Virginia 23510
9  Telephone:  (757) 629-0604
   Facsimile:   (757) 629-0660
10
   Attorneys for Defendant
11 DOLLAR TREE STORES, INC.

12 ERIC A. GROVER (State Bar No. 136080)
   Email: eagrover@kellergrover.com
13 **KELLER GROVER LLP**
   425 Second Street, Suite 500
14 San Francisco, California 94107
15 Telephone:  (415) 543-1305
   Facsimile:   (415) 543-7861
16
   Attorneys for Plaintiff
17 DEBORA FLEMING

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21  DEBORAH FLEMING, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC. and DOES 1 through 50 inclusive,<br><br>Defendant. | CASE NO. C 06-03409 MJJ<br><br>**JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>**DEPT:** Courtroom 11<br>**JUDGE:** Hon. Martin J. Jenkins<br><br>**COMPLAINT FILED:** March 30, 2006<br>**TRIAL DATE:** No date set |

28

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE                    CASE NO. C 06-03409 MJJ

For the reasons set forth below, the parties to the above-entitled action jointly request that the Court set a Case Management Conference on August 14 or 21, 2007 at 2:00 p.m.

### 1. A Brief Description Of The Status.

On April 6, 2007, the parties filed a Joint Motion for Preliminary Approval of Class Action Settlement. The motion was set to be heard on April 24, 2007. On April 20, the parties were informed that the motion was being taken off calendar. The motion has not been re-scheduled by the Court.

The parties have not engaged in any case-related activity subsequent to the filing of the motion for preliminary approval. The parties request a Case Management Conference to insure that they are acting in accord with the Court's expectations.

DATED: July 10, 2007         KELLER GROVER LLP


                             By:      /s/
                                  ERIC A. GROVER

                             Attorneys for Plaintiff
                             DEBORAH FLEMING


DATED: July 10, 2007         KAUFF McCLAIN & McGUIRE LLP


                             By:      /s/
                                  MAUREEN E. McCLAIN

                             Attorneys for Defendant
                             DOLLAR TREE STORES, INC.

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE          CASE NO. C 06-03409 MJJ

1
2        GOOD CAUSE APPEARING THEREFORE, a Case Management Conference is
3  hereby set for August __28__, 2007 at 2:00 p.m. ~~No Joint Case Management Statement is required~~.
A BRIEF JOINT STATEMENT SHALL BE FILED
4        IT IS SO ORDERED. NO LATER THAN 8/21/07 PROVIDING AN UPDATE ON CASE ACTIVITY.
5
6  Dated: ____7/19/2007____      _____[signature]_____
                                              United States District Court Judge

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE      CASE NO. C 06-03409 MJJ