# Keller Grover LLP

425 Second Street, Suite 500
San Francisco, California 94107
Telephone: (415) 543-1305
Fax: (415) 543-7861

*Eric A. Grover, Esq.*
*eagrover@kellergrover.com*

February 20, 2008

**E-FILING ONLY**
The Honorable Susan Illston
USDC ND California
Courtroom 10, 19th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:    <u>Fleming v. Dollar Tree Stores, Inc., Case No. C-06-03409 SI</u>

Dear Judge Illston:

    On February 15, 2008, the above-referenced case was reassigned to you for all future proceedings. However, the preliminary approval motion has already been heard before the Honorable Martin J. Jenkins, who set the final approval hearing for **April 22, 2008 at 9:30 a.m.** This final approval hearing date was printed on the Notice that was mailed to all 25,000 class members. If it is possible, Plaintiff and Defendant would like to keep that hearing date and time to avoid having to send out an amended Notice to all class members. Please have Ms. Sutton contact me or my secretary, Stephanie Shattuck, at her earliest convenience to let us know if we can keep that hearing date or, if that is not possible, to set a new one. Thank you for your consideration of this matter.



Sincerely,

_____/s/_____

ERIC A. GROVER