Eric A. Grover, Esq. (SBN 136080)
Jade Butman, Esq. (SBN 235920)
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Tel. (415) 543-1305; Fax: (415) 543-7861
eagrover@kellergrover.com
jbutman@kellergrover.com

Mark R. Thierman, Esq. (SBN 72913)
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500; Fax (775) 703-5027
laborlawyer@pacbell.net

Scott A. Miller, Esq. (SBN 230322)
LAW OFFICES OF SCOTT A. MILLER, A.P.C.
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel. (818) 788-8081; Fax (818) 788-8080
millaw@sbcglobal.net

Steven L. Miller, Esq. (SBN 106023)
STEVEN L. MILLER,
A PROFESSIONAL LAW CORP.
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel. (818) 986-8900 Fax: (818) 990-7900
stevenlmiller@sbcglobal.net

Attorneys for Plaintiff
Deborah Fleming

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH FLEMING, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>        Plaintiff,<br>v.<br><br>DOLLAR TREE STORES, INC. and DOES 1 through 50 inclusive,<br><br>        Defendants. | Case No. C 06-03409 SI<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE FINAL APPROVAL HEARING BRIEFING SCHEDULE** |

A Final Approval Hearing concerning the parties' class action settlement is set for April 22, 2008 at 9 a.m. ~~9:30 a.m.~~ The ~~papers~~ filed in support of the Motion for Final Approval will be reviewed by both parties prior to filing. The parties hereby stipulate that neither party will file any opposition or reply papers. Because the only papers filed in support of the Motion will be filed as part of the moving papers, the parties stipulate that the moving papers may be filed on or before April 1, 2008, which is 21 days before the Final Approval Hearing.

Dated:  March 13, 2008                               KELLER GROVER LLP


By:_____/s/_____
    ERIC A. GROVER
    Attorneys for Plaintiff
    Deborah Fleming


Dated:  March 13, 2008                               KAUFF McCLAIN & McGUIRE LLP


By:_____/s/_____
    ALEX HERNAEZ
    Attorneys for Defendant
    Dollar Tree Stores, Inc.

1  GOOD CAUSE APPEARING THEREFORE, and based on the representation that
2  neither party intends to file any opposition or reply papers, the Court hereby Orders that the Motion
3  for Final Approval and all supporting papers shall be considered timely if filed on or before
4  April 1, 2008.

5
6  Date:   March ____, 2008                    IT IS SO ORDERED.
7
8                                              _____
9                                              HON. SUSAN ILLSTON
                                               UNITED STATES DISTRICT JUDGE
10