ERIC A. GROVER (SBN 136080)
JADE BUTMAN (SBN 235920)
ELIZABETH A. ACEVEDO (SBN 227347)
**KELLER GROVER LLP**
425 Second St., Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Fax: (415) 543-7861
eagrover@kellergrover.com
jbutman@kellergrover.com
eacevedo@kellergrover.com

Attorneys for Plaintiff,
DEBORAH FLEMING and CLASS COUNSEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH FLEMING, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC. and DOES 1 through 50 inclusive<br><br>Defendants. | Case No. C 06-03409 SI<br><br>**[PROPOSED] JUDGMENT ON SETTLEMENT OF CLASS ACTION**<br><br>Date: April 22, 2008<br>Time: 9:00 a.m.<br>Dept: Courtroom 10<br>Judge: Hon. Susan Illston |

PURSUANT TO THE ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT DATED APRIL 22, 2008, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Judgment as to the Released Claims of the Settlement Class Members, as defined in the Joint Stipulation of Class Settlement and Release Between Plaintiff and Defendant ("Stipulation of Settlement"), shall be entered in the above-captioned action.

Without affecting the finality of this Judgment, this Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Settlement Class Members, for purposes of supervising, administering, implementing, enforcing, and interpreting the Stipulation of Settlement and the Order Granting Motion for Final Approval of Class Action Settlement, Application for Award of Attorneys' Fees and Expenses and Class Representative Enhancement and Individual Settlement dated April 22, 2008.

**IT IS SO ORDERED.**

DATED: __6/26/08_____, 2008      _____
                                   HONORABLE SUSAN ILLSTON
                                   UNITED STATES DISTRICT JUDGE